# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-8315-GW(VBKx) | Date | June 24, 2009 |
| Title | *Axa Corporation Solutions Niedeslassung Deutschland v. Landstar Ligon, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:             Attorneys Present for Defendants:

None Present                                              None Present

**PROCEEDINGS (IN CHAMBERS):   COURT ORDER**

On June 23, 2009, plaintiff Axa Corporate Solutions Niedeslassung Deutschland filed a Notice of Settlement. Counsel are hereby notified that on the Court's own motion, an Order to Show Cause hearing re: Settlement is set for **August 17, 2009 at 8:30 a.m.**

The parties are advised that the order to show cause re settlement will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by no later than 12:00 p.m. on August 14, 2009.

The Post-Mediation Status Conference set for June 25, 2009 at 8:30 a.m. is hereby **taken off calendar.**

IT IS SO ORDERED.

Initials of Preparer   JG